UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CHAMBERLAIN,

    Plaintiff,

  v.

JANET OLSZEWSKI et al.,

    Defendants.

_____/

CIVIL ACTION NO. 03-74382

HON. JOHN CORBETT O'MEARA

## ORDER AFFIRMING MAGISTRATE JUDGE MONA K. MAJZOUB'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

    s/John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Dated: May 27, 2005

COPIES: James Chamberlain, Marvin Bromley